In the Matter of the Application of WILLIAM QUINN, Respondent, to Inspect and Examine Ballots Cast for the Office of Town Clerk of the Town of Granville.

EVAN R. EVANS, Appellant.

#### Elections — examination of ballots.

Section 374 of the Election Law is broad enough in its terms to entitle any candidate voted for at the time of a general election to an examination as of right in a proper case of any ballots upon which his name lawfully appears as that of a candidate whether the validity of the election is in controversy or not.

*Matter of Quinn*, 175 App. Div. 681, affirmed.

(Argued February 7, 1917; decided February 27, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 10, 1916, which affirmed an order of Special Term denying a motion to vacate and set aside a prior order granting to the petitioner permission to examine and inspect the ballots cast at the general election held November 2, 1915, in the town of Granville, upon which his name lawfully appeared.

*J. B. McCormick* for appellant.

*Milford D. Whedon* for respondent.

*Per Curiam.* The order should be affirmed under the provisions of section 374 of the Election Law, which is broad enough in its terms to entitle any candidate voted for at the time of a general election to an examination *as of right* in a proper case of any ballots upon which his name lawfully appears as that of a candidate whether the validity of the election is in controversy or not. The provisions of section 67 of the Town Law relating to an examination and recount of ballots in case of contests provides a wholly distinct and different remedy.

The order should be affirmed, with costs.

HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ., concur.

Order affirmed.